UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATHAN MEHAFFY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KNOWLTON TECHNOLOGIES, LLC; EASTMAN TECHNOLOGIES, LCC; EASTMAN CHEMICAL COMPANY,<br><br>Defendants. | **NOTICE OF MOTION**<br><br>No.  5:23-CV-00292 (GTS/TWD) |

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law, Declaration of Brian J. LaClair and the exhibits attached thereto, and all papers and proceedings heretofore had herein, Plaintiff Nathan Mehaffy will move pursuant to Rule 23(e) of the Federal Rules of Civil Procedure before the U.S. District Court for the Northern District of New York, James M. Hanley Federal Building & U.S. Courthouse, 100 S. Clinton St., Syracuse, New York 13261, on a date and time to be determined by the Court, for an order: (1) preliminarily approving the Settlement; (2) certifying the action as a class action under Rule 23(b)(3) of the Federal Rules of Civil Procedure and a collective action under Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216, for settlement purposes only; (3) appointing Class Representatives, Class Counsel, and a Settlement Administrator; (4) approving the form and content of the proposed class notice and directing the Settlement Administrator to mail the notice to class members; and (5) scheduling a final approval hearing, if necessary, on the question of whether the settlement is

{B0349946.1}

fair, reasonable, and adequate; and granting such further relief and the Court may deem just and proper.

DATED: October 2, 2023
       Syracuse, New York

**BLITMAN & KING LLP**

s/ *Brian J. LaClair*
Brian J. LaClair
F. Wesley Turner
*Attorneys for Plaintiff*
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204
(315) 422-7111
bjlaclair@bklawyers.com