UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

NATHAN MEHAFFY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

KNOWLTON TECHNOLOGIES, LLC; EASTMAN TECHNOLOGIES, LCC; EASTMAN CHEMICAL COMPANY,

Defendants.

**NOTICE OF MOTION**

No.  5:23-CV-00292 (GTS/TWD)

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law, Declaration of Brian J. LaClair, Declaration of Melissa E. Baldwin, and all papers and proceedings heretofore had herein, Plaintiff Nathan Mehaffy will move pursuant to Rule 23(e) of the Federal Rules of Civil Procedure before the U.S. District Court for the Northern District of New York, James M. Hanley Federal Building & U.S. Courthouse, 100 S. Clinton St., Syracuse, New York 13261, on January 16, 2024, at 10:00 a.m. for an Order to be entered on or after January 9, 2024: (1) granting the motion in all respects; (2) determining that the parties' Settlement, all associated Plaintiff releases, and all associated payments to Plaintiffs are fair and reasonable and in all respects approved; (3) approving the establishment of a 26 C.F.R. § 1.468B-1 Qualified Settlement Fund; and (4) pursuant to the terms of the Settlement Agreement, determining that this action, all of the claims asserted herein, and all of the claims articulated in and included in the Release section of the Settlement Agreement are hereby DISMISSED WITH PREJUDICE, with

all parties to pay their own costs except as otherwise provided for in the Settlement

Agreement.

DATED:  December 13, 2023
        Syracuse, New York                   **BLITMAN & KING LLP**

                                          s/ *Brian J. LaClair*
                                          Brian J. LaClair
                                          F. Wesley Turner
                                          *Attorneys for Plaintiff*
                                          Franklin Center, Suite 300
                                          443 North Franklin Street
                                          Syracuse, New York 13204
                                          (315) 422-7111
                                          bjlaclair@bklawyers.com

4891-0192-8087, v. 1