IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATHAN MEHAFFY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 23-cv-00292-GTS-TWD |
| KNOWLTON TECHNOLOGIES, LLC, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

**ORDER GRANTING FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT AND DISMISSING CASE WITH PREJUDICE**

This matter is before the Honorable Glenn T. Suddaby, on Plaintiffs' Unopposed Motion for Final Approval of Settlement and dismissal with prejudice. After considering the Motion and the filings in support thereof, the Court hereby **ORDERS** as follows:

1. The Motion is **GRANTED** in all respects;

2. The findings and conclusions contained in the Court's Order Granting Preliminary Approval of Settlement entered October 5, 2023 [ECF 23] are incorporated herein by reference and made final.

3. The Parties Settlement Agreement, all associated Plaintiff releases, and all associated payments to Plaintiffs are fair and reasonable and in all respects approved;

4. The Court approves the establishment of a 26 C.F.R. § 1.468B-1 Qualified Settlement Fund;

5. The Final Approval Hearing currently scheduled in this matter on January 16, 2024 is vacated, as the Motion is unopposed, and there have been no objections or requests for exclusion filed with the Court.

6.      Pursuant to the terms of the Settlement Agreement, this action, all of the claims asserted herein, and all of the claims articulated in and included in the Release section of the Settlement Agreement are hereby **DISMISSED WITH PREJUDICE**, with all parties to pay their own costs except as otherwise provided for in the Settlement Agreement.

IT IS SO ORDERED, this 10th day of January, 2024

_____
Glenn T. Suddaby
U.S. District Judge