IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATHAN MEHAFFY, | ) |
| *Plaintiff,* | ) |
| v. | ) Case No. 23-cv-00292-GTS-TWD |
| KNOWLTON TECHNOLOGIES, LLC, *et al.,* | ) |
| *Defendants.* | ) |

**ORDER GRANTING CLASS COUNSEL'S
MOTION FOR APPROVAL OF ATTORNEY'S FEES AND COSTS**

This matter is before the Honorable Glenn T. Suddaby, on Class Counsel's Unopposed Motion for Approval of Attorney's Fees and Costs pursuant to Rules 23(h) and 54(d) of the Federal Rules of Civil Procedure in conjunction with the parties' Settlement Agreement & Release [Dkt. No. 28]. After considering the Motion and the filings in support thereof, the Court hereby **ORDERS** as follows:

1. The contents of the Motion and the filings in support thereof are incorporated herein by reference and constitute the Court's findings and conclusions with respect to the Motion.

2. The Motion is **GRANTED** in all respects;

3. Class Counsel is awarded $141,333.33 in attorney's fees and costs to be paid in accordance with the terms of the Settlement Agreement & Release.

IT IS SO ORDERED, this 10th day of January, 2024

Glenn T. Suddaby
U.S. District Judge

10520851v1